COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER STRIKING DOCUMENT FOR NONCOMPLIANCE
WITH THE TEXAS RULES OF APPELLATE PROCEDURE**

Cause Number:  01-18-00802-CV

Style:  Ryan C. Carlson v. Wells Fargo Bank, N.A.

Type of document:  Appellant's Brief

Date document filed:  January 14, 2019

Document filed by:  Appellant

      The brief of appellant, Ryan C. Carlson, does not comply with the Texas Rules of Appellate Procedure 9.1(b) (signing by unrepresented party) and 9.5(e) (certificate of service). Although an amicus brief was filed on December 14, 2018, the amicus brief cannot be construed as appellant's brief because a non-lawyer may not represent appellant on appeal as it constitutes the unauthorized practice of law. *See Rodriguez v. Marcus*, 484 S.W.3d 656, 657 (Tex. App.—El Paso 2016, no pet.). Accordingly, appellant's brief is **struck**. *See* TEX. R. APP. P. 38.9(a). Appellant is granted **10 days from the date of this order** to file a corrected brief complying with the Texas Rules of Appellate Procedure 9.1(b) and 9.5(e). *See* TEX. R. APP. P. 9.1(b), 9.5(e). Appellee's "Objection to Filing of Brief and Motion to Strike Filing of Brief In Support of Appellant Ryan Carlson by Amicus Curiae" is **denied as moot**. Appellee's "Wells Fargo's Objection to Brief in Support of Appellant Ryan C. Carlson by Amicus Curiae" is **denied**.

Judge's signature:  /s/ Sherry Radack

      ☑    Acting individually    ☐    Acting for the Court

Panel consists of _____

Date:_____January 29, 2019_____